**FILED**

08/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0234

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0234

KATRINA SULLIVAN, a/k/a Katrina Jorgensen,

      Plaintiff and Appellee,

v.

PENNY WEYMILLER and LARRY McGILL,

      Defendants and Appellants.

ORDER

Appellant Penny Weymiller has filed a motion for an extension of time to file her response to Appellee's motion to dismiss in the referenced matter. Good cause appearing,

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until August 26, 2020, within which to file her response to the motion to dismiss.

No further extensions will be granted.

DATED this 3rd day of August, 2020.

For the Court,

By /s/ _____
          Chief Justice